## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR138 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DANNY JUNIOR BRAVO and | ) | |
| LETICIA ANGELA DESMAN, | ) | |
| Defendants. | ) | |

This matter is before the court on the motions for an extension of time by defendants Danny Junior Bravo (Bravo) (Filing No. 38) and Leticia Angela Desman (Desman) (Filing No. 37).  Bravo and Desman seek additional time in which to file pretrial motions in accordance with the progression order.  Bravo and Desman have filed an affidavit wherein they consent to the motion and acknowledge they understand the additional time may be excludable time for the purposes of the Speedy Trial Act.  It is represented that government's counsel has no objection to the motions.   Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Bravo's and Desman's motions for an extension of time (Filing Nos. 38 and 37) are granted. Bravo and Desman are given until **on or before July 1, 2013,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial.  The additional **time** arising as a result of the granting of the motions, i.e., the time between **May 15, 2013, and July 1, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 15th day of May, 2013.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge