**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DANNY JUNIOR BRAVO, ) <br> ) <br> Defendant. ) | 8:13CR138 <br><br> FINDINGS AND RECOMMENDATION |

This matter is before the court on the motion of defendant Danny Junior Bravo (Bravo) to suppress (Filing No. 57) and the referral for a supplemental hearing by Chief Judge Laurie Smith Camp (Filing No. 78).

A supplemental hearing was held on December 12, 2013. Bravo was present with his counsel, Federal Public Defender David R. Stickman. The United States was represented by Assistant United States Attorney Kimberly C. Bunjer. The court heard the testimony of Investigator Brandi Brunz (Investigator Brunz) from the Scottsbluff Police Department (SPD) and received into evidence Exhibit 1, a copy of an affidavit for a search warrant, a search warrant, and a return of a search warrant. Investigator Brunz testified she swore to the affidavit for the search warrant and obtained the search warrant from the Scotts Bluff County Judge as set forth in Exhibit 1. Further she testified Exhibit 1 was signed by herself and the county judge and was a true copy of the original. Exhibit 1 contained all the appropriate signatures. There was no objection to the receipt of Exhibit 1.

The undersigned magistrate judge finds the search warrant was properly executed and the affidavit supporting such warrant contains sufficient probable cause for the issuance of the search warrant.

**IT IS RECOMMENDED TO CHIEF JUDGE LAURIE SMITH CAMP** that Bravo's motion to suppress (Filing No. 57) be denied.

**ADMONITION**

Pursuant to NECrimR 59.2 any objection to this Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Findings and Recommendation. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

DATED this 13th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge