IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:13CR138 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DANNY JUNIOR BRAVO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the oral motion to continue the trial scheduled January 14, 2014, by defendant Danny Junior Bravo (Bravo) made during a hearing on December 12, 2013. The government had no objection. Bravo agreed to the motion and acknowledged he understood the additional time would be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Bravo's oral motion to continue trial is granted.

2. Trial of this matter is re-scheduled for **February 11, 2014,** before Chief Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 13, 2013, and February 11, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 13th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge